13106, 13107. WRIGHT, comptroller general, *v.* SOUTHERN RAILWAY COMPANY (two cases).

LUKE, J. These cases are controlled by the decision and judgment this day rendered in case No. 13105, *Wright* v. *Central of Georgia Railway Co.*, ante.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MARCH 8, 1922.

Description, and names of counsel, as in the case next before.